BEFORE THE THIRD DIVISION, JULY 13, 1960

**No. 64398.**—Carl Matusek Shipping Company, Inc. *v.* United States, protest 59/22507 (Tampa).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.